Paul E. Burns (Bar No. 18259)
PROCOPIO, CORY, HARGREAVES &
    SAVITCH LLP
8355 E. Hartford Dr., Suite 202
Scottsdale, Arizona 85255-2548
Telephone:   480.388.3357
Facsimile:    480.388.3358
*paul.burns@procopio.com*

Ryan C. Caplan (Bar No. 26210)
PROCOPIO, CORY, HARGREAVES &
    SAVITCH LLP
525 B Street, Suite 2200
San Diego, California  92101
Telephone:   619.238.1900
Facsimile:    619.235.0398
*ryan.caplan@procopio.com*

Attorneys for Plaintiff,
First Service Networks, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| First Service Networks, Inc.,<br><br>              Plaintiff,<br><br>v.<br><br>First Service Maintenance Group Inc.,<br><br>              Defendant. | Case No.: _____<br><br>**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF FIRST SERVICE NETWORKS, INC.** |

This Corporate Disclosure Statement is filed on behalf of Plaintiff FIRST SERVICE NETWORKS, INC., in compliance with the provisions of: *(check one)*

  X    Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

____ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock

Case 2:11-cv-01897-DGC   Document 3   Filed 09/27/11   Page 2 of 2

1  or states that there is no such corporation.

2  ____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

____ No such corporation.

 X  Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

Thunder Basin Corporation

Relationship Majority shareholder of First Service Networks, Inc.

____ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____

Relationship_____

_____ Other(please explain)

_____

_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

DATED:  September 27, 2011         PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By:  *s/ Ryan C. Caplan*
Paul E. Burns
Ryan C. Caplan
Attorneys for Plaintiff,
First Service Networks, Inc.