UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
-----------------------------------------------------------------X
FIRST SERVICE NETWORKS, INC.,

        Plaintiff(s),                         Index No.2:11CV01897-DKD

-against-                                  AFFIDAVIT OF SERVICE

FIRST SERVICE MAINTENANCE GROUP, INC.,

        Defendant(s).
-----------------------------------------------------------------X
STATE OF NEW YORK  )
                           S.S.:
COUNTY OF NEW YORK)

        OTIS OSBORNE, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to this action.

        That on the 12th day of January, 2012, at approximately 11:23 am, deponent served a true copy of the Summons in a Civil Action, Complaint and Corporate Disclosure Statement of Plaintiff First Service Networks, Inc. upon FIRST SERVICE MAINTENANCE GROUP, INC. at 1370 Broadway, New York, New York, by personally delivering and leaving the same with Jodi Dilone, Accounting, who informed deponent that she is an agent authorized by appointment to receive service at that address.

        Jodi Dilone is a white female, approximately 33 years of age, stands approximately 5 feet 6 inches tall, and weighs approximately 130 pounds with brown hair and brown eyes.

_____
OTIS OSBORNE #870139

Sworn to before me this
13th day of January, 2012

_____
NOTARY PUBLIC

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2014