Jeffrey Weiss (AZ Bar No. 012012)
jweiss@weissiplaw.com
Kenneth M. Motolenich-Salas (AZ Bar No. 027499)
kmotolenich@weissiplaw.com
WEISS & MOY, P.C.
4204 N. Brown Avenue
Scottsdale, Arizona 85251
Tel: (480) 994-8888
Fax: (480) 947-2663

Attorneys for First Service Maintenance Group Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| First Service Networks, Inc., | Case No.: CV11-1897-PHX DGC |
| Plaintiff, | **DEFENDANT FIRST SERVICE MAINTENANCE GROUP INC.'S CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| First Service Maintenance Group Inc., | |
| Defendant. | |

  This Corporate Disclosure Statement is filed on behalf of Defendant First Service Maintenance Group Inc. in compliance with the provisions of:

  __X__ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

  The filing party hereby declares as follows:

  __X__ No such corporation exists.

1

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated this 20th day of January, 2012.

                              Respectfully submitted,

                              WEISS & MOY, P.C

                              <u>s/ Kenneth M. Motolenich-Salas</u>
                              Kenneth M. Motolenich-Salas (AZ Bar No. 027499)
                              4204 N. Brown Avenue
                              Scottsdale, Arizona 85251
                              Tel:  (480) 994-8888
                              Fax:  (480) 947-2663

                              *Attorney for First Service Maintenance Group Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Matthew David Kleifield
Robert Charles Ashley
Lewis Brisbois Bisgaard & Smith LLP
2929 N Central Ave., Ste. 1700
Phoenix, AZ 85012
mkleifield@lbbslaw.com
rashley@lbbslaw.com

Attorneys for Plaintiff

By: s/ Kenneth Motolenich-Salas