Jeffrey Weiss (AZ Bar No. 012012)
jweiss@weissiplaw.com
Kenneth M. Motolenich-Salas (AZ Bar No. 027499)
kmotolenich@weissiplaw.com
WEISS & MOY, P.C.
4204 N. Brown Avenue
Scottsdale, Arizona 85251
Tel: (480) 994-8888
Fax: (480) 947-2663

Attorneys for First Service Maintenance Group Inc.

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| First Service Networks, Inc., <br><br> Plaintiff, <br><br> v. <br><br> First Service Maintenance Group, Inc., <br><br> Defendant. | Case No.: CV11-1897-PHX DGC <br><br> **DECLARATION OF ANDREA FISH IN SUPPORT OF DEFENDANT FIRST SERVICE MAINTENANCE GROUP, INC.'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(2) AND/OR 12(B)(3) OR, IN THE ALTERNATIVE, TRANSFER VENUE PURSAUNT TO 28 U.S.C. § 1406(A), 28 U.S.C. § 1631, AND/OR 28 U.S.C. § 1404(A)** <br><br> (Assigned to the Honorable David G. Campbell) |

I, ANDREA FISH, declare as follows:

1. I am over 18 years old and my business address is 1370 Broadway, 5th Floor, New York, New York. I have personal knowledge of the facts set forth herein and could and would testify competently thereto if called as a witness. I make this Declaration in support of Defendants' Motion to Dismiss the Complaint or alternatively Transfer Venue.

1

2. I am the President and COO of Defendant First Service Maintenance Group, Inc. ("FSMG").

3. I am one of two officers of FSMG. The other officer, Doug Meima, is CEO of FSMG. Doug Meima has personal knowledge of the facts set forth in this matter and would testify competently thereto if called as a witness.

4. Kiira Esposito, Vice President of North American Operations, is an employee of FSGM with personal knowledge of the facts set forth in this matter and would testify competently thereto if called as a witness.

5. FSMG is a corporation organized under the laws of the State of New York, with its principal place of business at 1370 Broadway, 5th Floor, New York, New York 10018 ("New York Office").

6. Other than its New York Office, FSMG has only one other office, a satellite office, located at 11400 W. Olympic Blvd., Suite 241, Los Angeles, CA 90064.

7. FSMG is an industry leader in facilities maintenance, rollouts and capital projects.

8. FSMG provides rollouts, repairs and remodel services in the Greater New York City area, including New York, Connecticut, and New Jersey.

9. FSMG has no connection with Arizona. For example, FSMG has no bank accounts in Arizona.

10. FSMG has no interest in, use of, or possession of real property within Arizona.

11. FSMG does not own or lease any personal property within Arizona.

12. FSMG has not been party to a cash transaction that ran through Arizona.

13. FSMG is not required to pay any income or business taxes to Arizona.

14. FSMG has no offices, employees, directors, or officers within Arizona.

15. FSMG is not licensed by the State of Arizona.

16. FSMG has no designated agent for service of process within Arizona. FSMG was served with the Summons and Complaint in this action in New York.

17. FSMG has not registered as a foreign corporation authorized to conduct business in Arizona.

18. FSMG has not used the Arizona court system as a litigant other than being named as Defendants herein.

19. FSMG does not market or provide any product or service in Arizona.

20. FSMG does not ship any product to or within Arizona.

21. FSMG does not contract to supply services or goods in Arizona.

22. FSMG does not regularly do or solicit business, engage in any other persistent course of conduct, or derive substantial revenue from goods used or consumed or services rendered in Arizona.

23. FSMG has never contracted to offer services within Arizona.

24. FSMG does not contract to insure any person, property, or risk located within Arizona.

25. The corporate and business records of FSMG are kept in the New York office.

26. All FSMG employees are located in the New York City Office. FSMG does not now nor has it ever employed any person in or out of the Los Angeles, California office.

27. FSMG employees conduct day-to-day business operations from the New York City office. Its employees do not conduct any day-to-day operations from its Los Angeles, California office.

28. FSMG negotiates and executes all business contracts in New York and not Arizona or California.

29. FSMG does not market or provide any product or service in California.

30. FSMG is not licensed by the State of California.

31. FSMG has no designated agent for service of process within California.

32. FSMG has not registered as a foreign corporation authorized to conduct business in California.

3

1  I declare under penalty of perjury under the laws of the United States and New
2  York that the foregoing is true and correct. Executed on this 24th day of January, 2012
3  in New York, New York.

_____
ANDREA FISH

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Matthew David Kleifield
Robert Charles Ashley
Lewis Brisbois Bisgaard & Smith LLP
2929 N Central Ave., Ste. 1700
Phoenix, AZ 85012
mkleifield@lbbslaw.com
rashley@lbbslaw.com

Attorneys for Plaintiff

By: s/ Kenneth Motolenich-Salas