AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:11-cv-01897-DKD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* First Service Maintenance Group, Inc
was received by me on *(date)* 01/12/12

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Andrea Fish, who is designated by law to accept service of process on behalf of *(name of organization)* First Service Maintenance Group Inc @ 11400 W Olympic Blvd #241 Los Angeles Ca. 90064 on *(date)* 01/17/12 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 01/18/12

*Server's signature*

Carlos Canas - Process Server
*Printed name and title*

CC Solutions
2511 W 3rd St Ste 209
Los Angeles, CA. 90057
(213)386-7039
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| First Service Networks, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:11-cv-01897-DKD |
| | ) | |
| First Service Maintenance Group, Inc. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    First Service Maintenance Group, Inc.
    845 Third Ave., 6th Floor
    New York, New York 10022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Paul E. Burns, Esq., Procopio, Cory, Hargreaves & Savitch LLP, 8355 E. Hartford Dr., Suite 202
    Scottsdale, Arizona 85255

    Ryan C. Caplan, Esq., Procopio, Cory, Hargreaves & Savitch LLP, 525 B Street, Suite 2200
    San Diego, California 92101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____

9:17 am, Sep 28, 2011
s/ Richard H. Weare, Clerk
*Deputy Clerk*