Matthew D. Kleifield, SB# 011564
mkleifield@lbbslaw.com
Robert C. Ashley, SB# 22335
rashley@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
2929 North Central Avenue, Suite 1700
Phoenix, Arizona  85012-2761
Telephone: (602) 385-1072
Facsimile: (602) 385-1051
Attorneys for Plaintiff

Kevin M. Bovard, *Pro Hac Vice*
kbovard@woodcock.com
Nancy A. Rubner, *Pro Hac Vice*
nfrandsen@woodcock.com
**WOODCOCK WASHBURN LLP**
Circa Centre – 12th Floor
2929 Arch Street
Philadelphia, Pennsylvania  19104
Telephone: (215) 568-3100
Facsimile: (215) 568-3439
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| First Service Networks, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> First Service Maintenance Group, Inc., <br><br> Defendant. | No. 2:11-CV-01897-DGC <br><br> **NOTICE OF SERVICE** <br><br> (The Honorable David G Campbell) |

NOTICE IS HEREBY GIVEN that Defendant, by and through undersigned counsel, this day served PLAINTIFF FIRST SERVICE NETWORKS, INC.'S REQUESTS FOR PRODUCTION OF DOCUMENTS REGARDING JURISDICTION and PLAINTIFF FIRST SERVICE NETWORKS, INC.'S INTERROGATORIES REGARDING JURISDICTION.

Service was made via hand delivery upon:

Kenneth M. Motolenich-Salas, Esq.
WEISS & MOY, P.C.
4204 N. Brown Avenue
Scottsdale, Arizona 85251
Attorneys for First Service Maintenance Group Inc.

4823-2572-1871.1

DATED this 1st day of May, 2012.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By  s/ Matthew D. Kleifield
     Matthew D. Kleifield
     Robert C. Ashley
     Attorneys for Plaintiff

I hereby certify that on May 1, 2012, I electronically transmitted this document to the Clerk's office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

HONORABLE DAVID G. CAMPBELL
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 623
401 West Washington Street, SPC 58
Phoenix, Arizona 85003-2156

Kenneth M. Motolenich-Salas, Esq.
WEISS & MOY, P.C.
4204 N. Brown Avenue
Scottsdale, Arizona 85251
Attorneys for First Service Maintenance Group Inc.

Kevin M. Bovard
Nancy A. Rubner
WOODCOCK WASHBURN LLP
Cira Centre – 12th Floor
2929 Arch Street
Philadelphia, PA 19104
*Pro Hac Vice*
Attorneys for Plaintiff


 s/ Tonya L. Mitchell

4823-2572-1871.1

2