# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| First Service Networks, Inc. <br><br> Plaintiff, <br><br> v. <br><br> First Service Maintenance Group, Inc. <br><br> Defendant. | No. CV11-1897-PHX DGC <br><br> **ORDER** |

The Court has considered Defendant First Service Maintenance Group, Inc.'s motion to seal (Doc. 29).

**IT IS ORDERED** that Defendant First Service Maintenance Group, Inc.'s motion to seal (Doc. 29) is **granted**. The Clerk shall file **under seal** the document lodged as Doc. 31 on the docket.

Dated this 5th day of July, 2012.

_____
David G. Campbell
United States District Judge

cc: All counsel