IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| First Service Networks, Inc.<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>First Service Maintenance Group, Inc.<br><br>　　　　　　　Defendant. | No. CV11-1897-PHX DGC<br><br>**ORDER** |

　　　The Court has considered Defendant First Service Networks, Inc.'s motion to seal (Doc. 34).

　　　**IT IS ORDERED** that Defendant First Service Networks, Inc.'s motion to seal (Doc. 34) is **granted**. The Clerk shall file **under seal** the documents lodged as Docs. 36 and 37 on the docket.

　　　Dated this 31st day of July, 2012.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　David G. Campbell
　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　　All counsel