Matthew David Kleifield (AZ Bar No. 011564)
Robert Charles Ashley (AZ Bar No. 22335)
Lewis Brisbois Bisgaard & Smith LLP
2929 N Central Ave., Ste. 1700
Phoenix, AZ 85012
mkleifield@lbbslaw.com
rashley@lbbslaw.com

Nancy Rubner Frandsen (*pro hac vice*)
Kevin M. Bovard (*pro hac vice*)
Woodcock Washburn LLP
Cira Centre – 12th Floor
2929 Arch Street
Philadelphia, PA 19104
nfrandsen@woodcock.com
kbovard@woodcock.com
*Attorneys for First Service Networks, Inc.*

Jeffrey Weiss (AZ Bar No. 012012)
jweiss@weissiplaw.com
Kenneth M. Motolenich-Salas (AZ Bar No. 027499)
kmotolenich@weissiplaw.com
WEISS & MOY, P.C.
4204 N. Brown Avenue
Scottsdale, Arizona 85251
*Attorneys for First Service Maintenance Group Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| First Service Networks, Inc.,<br><br>            Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>First Service Maintenance Group, Inc.,<br><br>            Defendant/Counterclaimant. | Case No. CV11-1897-PHX LOA<br><br>**STIPULATION FOR ENTRY OF STIPULATED PERMANENT INJUNCTION**<br><br>(Assigned to the Honorable Lawrence O. Anderson) |

1   Plaintiff First Service Networks, Inc. and Defendant First Service Maintenance
2   Group, Inc. hereby stipulate to the entry of the attached Stipulated Permanent Injunction.
3
4   Dated: February 13, 2013
5
6   Respectfully submitted,
7
8   WOODCOCK WASHBURN LLP                    WEISS & MOY, P.C.
9   _____          _____
10  Nancy Rubner Frandsen                     /Kenneth M. Motolenich-Salas (027499)
    nfrandsen@woodcock.com                    kmotolenich@weissiplaw.com
11  Kevin M. Bovard                           4204 N. Brown Avenue
    kbovard@woodcock.com                      Scottsdale, Arizona 85251
12  Cira Centre – 12th Floor
13  2929 Arch Street                          Attorneys for First Service Maintenance
    Philadelphia, PA 19104                    Group, Inc.
14
15  LEWIS BRISBOIS BISGAARD &
16  SMITH LLP
17  Matthew David Kleifield
    mkleifield@lbbslaw.com
18  Robert Charles Ashley
19  rashley@lbbslaw.com
    2929 N Central Ave., Ste. 1700
20  Phoenix, AZ 85012
21
22  Attorneys for First Service Networks,
    Inc.
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on February 13 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Matthew David Kleifield
Robert Charles Ashley
Lewis Brisbois Bisgaard & Smith LLP
2929 N Central Ave., Ste. 1700
Phoenix, AZ 85012
mkleifield@lbbslaw.com
rashley@lbbslaw.com

Nancy Rubner Frandsen
Kevin M. Bovard
Woodcock Washburn LLP
Cira Centre – 12th Floor
2929 Arch Street
Philadelphia, PA 19104
nfrandsen@woodcock.com
kbovard@woodcock.com

Attorneys for Plaintiff

By: /s/ Kevin M. Bovard