UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| First Service Networks, Inc., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> First Service Maintenance Group, Inc., <br><br> Defendant/ Counterclaimant. | Case No. CV11-1897-PHX LOA <br><br> **[PROPOSED] STIPULATED PERMANENT INJUNCTION** <br><br> (Assigned to the Honorable Lawrence O. Anderson) |

Plaintiff First Service Networks, Inc. ("FSN") and Defendant First Service Maintenance Group, Inc. ("FSMG"), hereby stipulate and consent to the following:

**IT IS STIPULATED, ORDERED, ADJUDGED, AND DECREED THAT** FSN shall have judgment against FSMG as follows:

1. This Court has subject matter jurisdiction over the Action and personal jurisdiction over FSMG. Venue is proper in this Court.

2. FSN is the owner of all rights, title, and interest in and to the trademarks asserted herein and set forth in Exhibit 1 ("FSN Marks").

1

3. Effective February 28, 2013, FSMG, its employees, directors, officers, attorneys, representatives, agents, heirs, executors, administrators, predecessors, successors, insurers, partners, principals, owners, stockholders, representatives, insurers, experts, affiliates, joint venturers, franchisors and/or franchisees, assigns, and predecessors and successors of any and all of the preceding persons or entities are herby PERMANENTY ENJOINED from, directly and/or indirectly, the following:

    a. Manufacturing, licensing, creating, importing, exporting, producing, distributing, selling, offering for sale, displaying, promoting, marketing, advertising, and/or using in any manner, any logo, trade name, corporate name, trademark, service mark, and/or domain name that incorporates the terms "First Service", including but not limited to the use of "First Service Maintenance Group", or any other logo, trade name, corporate name, trademark, service mark, and/or domain name that causes or is likely to cause consumer confusion and deception such that the consuming public believes that FSMG's business, services, and/or products are associated with, approved by, and/or sponsored by FSN;

    b. Using or filing any application, now or in the future, for the registration of trademarks, service marks, and/or any other intellectual property that is confusingly similar to any of the FSN Marks;

    c. Engaging in any act which is likely to falsely cause members of the trade and/or purchasing public to believe any goods or services of FSMG are in any way endorsed by, approved by, and/or associated with FSN; and

    d. Assisting, aiding, or abetting any person or entity engaging in or performing any act prohibited under this Paragraph.

4. FSN shall have the right to seek all appropriate legal and equitable remedies, and such other relief deemed proper, in the event of a violation of failure by FSMG to comply with the terms of this Stipulated Permanent Injunction. The prevailing party in any such action arising under this Paragraph shall be entitled to its attorney's fees and costs and related expenses incurred with enforcing this Stipulated Permanent Injunction.

5. This Court shall retain jurisdiction over FSN and FSMG for purposes of enforcing any provision of this Stipulated Permanent Injunction.

IT IS SO STIPULATED.

Dated: February 13, 2013

**WOODCOCK WASHBURN LLP**
Attorneys for Plaintiff First Service Networks, Inc.

By: _____
Nancy Rubner Frandsen
Kevin M. Bovard
Cira Centre – 12th Floor
2929 Arch Street
Philadelphia, PA 19104
nfrandsen@woodcock.com
kbovard@woodcock.com

Matthew David Kleifield
Robert Charles Ashley
2929 N. Central Ave., Ste. 1700
Phoenix, AZ 85012
mkleifield@lbbslaw.com
rashley@lbbslaw.com

**WEISS & MOY, P.C**
Attorneys for First Service Maintenance Group, Inc.

By: _____
Jeffrey Weiss
Kenneth M. Motolenich-Salas
4204 N. Brown Avenue
Scottsdale, Arizona 85251
jweiss@weissiplaw.com
kmotolenich@weissiplaw.com

**IT IS SO ORDERED** this ___ day of _____, 2013.

_____

3

# Exhibit 1

**Exhibit 1**
**First Service Networks, Inc.'s Trademarks**

| Trademark | Registration Number | Goods/Services |
|---|---|---|
| FIRST SERVICE NETWORKS | 2,737,643 | (Int. Cl. 35) Technical facilities management services. |
| FIRST SERVICE NETWORKS & DESIGN ![First Service Networks logo] | 2,942,344 | (Int. Cl. 35) Technical facilities management services. |