1    Matthew David Kleifield (AZ Bar No. 011564)
    Robert Charles Ashley (AZ Bar No. 22335)
2    Lewis Brisbois Bisgaard & Smith LLP
    2929 N Central Ave., Ste. 1700
3    Phoenix, AZ 85012
4    mkleifield@lbbslaw.com
    rashley@lbbslaw.com
5

6    Nancy Rubner Frandsen (*pro hac vice*)
    Kevin M. Bovard (*pro hac vice*)
7    Woodcock Washburn LLP
8    Cira Centre – 12th Floor
    2929 Arch Street
9    Philadelphia, PA 19104
10    nfrandsen@woodcock.com
    kbovard@woodcock.com
11    *Attorneys for First Service Networks, Inc.*
12

13    Jeffrey Weiss (AZ Bar No. 012012)
    jweiss@weissiplaw.com
14    Kenneth M. Motolenich-Salas (AZ Bar No. 027499)
    kmotolenich@weissiplaw.com
15    WEISS & MOY, P.C.
16    4204 N. Brown Avenue
    Scottsdale, Arizona 85251
17    *Attorneys for First Service Maintenance Group Inc.*

18            **UNITED STATES DISTRICT COURT**

19               **DISTRICT OF ARIZONA**

| | |
|---|---|
| First Service Networks, Inc., | Case No. CV11-1897-PHX LOA |
|         Plaintiff/Counterclaim Defendant, | **STIPULATED MOTION TO DISMISS ALL CLAIMS AND COUNTERCLAIMS WITHOUT PREJUDICE** |
| v. | |
| First Service Maintenance Group, Inc., | (Assigned to the Honorable Lawrence O. Anderson) |
|         Defendant/ Counterclaimant. | |

1    Pursuant to Fed. R. Civ. P. 41(a)(2) and 41(c), Plaintiff First Service Networks,

2  Inc. and Defendant First Service Maintenance Group, Inc., through their respective

3  counsel, hereby jointly move this Court to dismiss all claims and counterclaims asserted

4  herein without prejudice, with each Party to bear its respective attorney's fees and costs.

5    The Parties agree that the above-captioned action has been settled and that all

6  issues and controversies have been resolved.  The Parties respectfully request that the

7  Court shall retain jurisdiction to enforce the terms of their settlement agreement under

8  the authority of *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82

9  (1994).  A proposed form of Order is being filed concurrently herewith.

10  Dated: February 13, 2013

11  Respectfully submitted,

12

13  WOODCOCK WASHBURN LLP                WEISS & MOY, P.C.

14

15  Nancy Rubner Frandsen                /Kenneth M. Motolenich-Salas (027499)
     nfrandsen@woodcock.com               kmotolenich@weissiplaw.com
16  Kevin M. Bovard                       4204 N. Brown Avenue
     kbovard@woodcock.com                 Scottsdale, Arizona 85251
17  Cira Centre – 12th Floor
18  2929 Arch Street                      Attorneys for First Service Maintenance
     Philadelphia, PA 19104               Group, Inc.
19

20  LEWIS BRISBOIS BISGAARD &
21  SMITH LLP

22
     Matthew David Kleifield
23  mkleifield@lbbslaw.com
     Robert Charles Ashley
24  rashley@lbbslaw.com
     2929 N Central Ave., Ste. 1700
25  Phoenix, AZ 85012
26
27  Attorneys for First Service Networks,
     Inc.
28

2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Matthew David Kleifield
Robert Charles Ashley
Lewis Brisbois Bisgaard & Smith LLP
2929 N Central Ave., Ste. 1700
Phoenix, AZ 85012
mkleifield@lbbslaw.com
rashley@lbbslaw.com

Nancy Rubner Frandsen
Kevin M. Bovard
Woodcock Washburn LLP
Cira Centre – 12th Floor
2929 Arch Street
Philadelphia, PA 19104
nfrandsen@woodcock.com
kbovard@woodcock.com

Attorneys for Plaintiff

By: _Kevin M. Bovard_

3