1  Matthew David Kleifield (AZ Bar No. 011564)
   Robert Charles Ashley (AZ Bar No. 22335)
2  Lewis Brisbois Bisgaard & Smith LLP
3  2929 N Central Ave., Ste. 1700
   Phoenix, AZ 85012
4  mkleifield@lbbslaw.com
5  rashley@lbbslaw.com

6  Nancy Rubner Frandsen (*pro hac vice*)
   Kevin M. Bovard (*pro hac vice*)
7  Woodcock Washburn LLP
8  Cira Centre – 12th Floor
   2929 Arch Street
9  Philadelphia, PA 19104
10 nfrandsen@woodcock.com
   kbovard@woodcock.com
11 Attorneys for First Service Networks, Inc.
12
   Jeffrey Weiss (AZ Bar No. 012012)
13 jweiss@weissiplaw.com
14 Kenneth M. Motolenich-Salas (AZ Bar No. 027499)
   kmotolenich@weissiplaw.com
15 WEISS & MOY, P.C.
16 4204 N. Brown Avenue
   Scottsdale, Arizona 85251
17 Attorneys for First Service Maintenance Group Inc.

18                **UNITED STATES DISTRICT COURT**
19                     **DISTRICT OF ARIZONA**

| | |
|---|---|
| 20  First Service Networks, Inc.,<br>21<br>22              Plaintiff/Counterclaim<br>23              Defendant,<br>24     v.<br>25  First Service Maintenance Group, Inc.,<br>26              Defendant/<br>27              Counterclaimant. | Case No. CV11-1897-PHX LOA<br><br>**STIPULATED MOTION TO DISMISS ALL CLAIMS AND COUNTERCLAIMS WITHOUT PREJUDICE**<br><br>(Assigned to the Honorable Lawrence O. Anderson) |

28

1

Pursuant to Fed. R. Civ. P. 41(a)(2) and 41(c), Plaintiff First Service Networks, Inc. and Defendant First Service Maintenance Group, Inc., through their respective counsel, hereby jointly move this Court to dismiss all claims and counterclaims asserted herein without prejudice, with each Party to bear its respective attorney's fees and costs.

The Parties agree that the above-captioned action has been settled and that all issues and controversies have been resolved. The Parties respectfully request that the Court shall retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994). A proposed form of Order is being filed concurrently herewith.

Dated: February 13, 2013

Respectfully submitted,

WOODCOCK WASHBURN LLP

/s/ Nancy Rubner Frandsen
Nancy Rubner Frandsen
nfrandsen@woodcock.com
Kevin M. Bovard
kbovard@woodcock.com
Cira Centre – 12th Floor
2929 Arch Street
Philadelphia, PA 19104

LEWIS BRISBOIS BISGAARD & SMITH LLP

Matthew David Kleifield
mkleifield@lbbslaw.com
Robert Charles Ashley
rashley@lbbslaw.com
2929 N Central Ave., Ste. 1700
Phoenix, AZ 85012

Attorneys for First Service Networks, Inc.

WEISS & MOY, P.C.

/s/ Kenneth M. Motolenich-Salas
Kenneth M. Motolenich-Salas (027499)
kmotolenich@weissiplaw.com
4204 N. Brown Avenue
Scottsdale, Arizona 85251

Attorneys for First Service Maintenance Group, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on February 13 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Matthew David Kleifield
Robert Charles Ashley
Lewis Brisbois Bisgaard & Smith LLP
2929 N Central Ave., Ste. 1700
Phoenix, AZ 85012
mkleifield@lbbslaw.com
rashley@lbbslaw.com

Nancy Rubner Frandsen
Kevin M. Bovard
Woodcock Washburn LLP
Cira Centre – 12th Floor
2929 Arch Street
Philadelphia, PA 19104
nfrandsen@woodcock.com
kbovard@woodcock.com

Attorneys for Plaintiff

By: *Kevin M. Bovard*