1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

9

## DISTRICT OF ARIZONA

10

| First Service Networks, Inc., | Case No. CV11-1897-PHX LOA |
|---|---|

Plaintiff/Counterclaim
Defendant,

v.

First Service Maintenance Group, Inc.,

Defendant/
Counterclaimant.

**[PROPOSED] ORDER ON STIPULATED MOTION TO DISMISS ALL CLAIMS AND COUNTERCLAIMS WITHOUT PREJUDICE**

(Assigned to the Honorable Lawrence O. Anderson)

11
12
13
14
15
16
17
18
19
20
21
22

The Court, having reviewed the Parties' Stipulated Motion to Dismiss all Claims and Counterclaims without Prejudice, hereby GRANTS the Motion, with each Party to bear its respective attorney's fees and costs.   The Court shall retain jurisdiction to enforce the terms of their settlement agreement.

23

IT IS SO ORDERED.

24

DATED this _____ day of _____, 2013.

25
26
27

_____

28

1